# United States Bankruptcy Court
## Northern District of Georgia

In re  Scott Michael Guenther                                    Case No.
                    Debtor(s)                                    Chapter  7

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, Scott Michael Guenther, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☑ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
  self-employed

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached

Date  04/15/2021            Signature  /s/ Scott Michael Guenther
                                       Debtor